**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EDUARDO YDLIBI TELLISSEH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-911-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On April 1, 2026, Plaintiff filed his

Complaint, ECF No. 1, alleging that he was wrongfully removed from the United States to

Venezuela despite his grant of deferral of removal under the Convention Against Torture.  On

June 3, 2026, Plaintiff filed a Motion for a Preliminary Injunction, ECF No. 9, seeking an order

for Defendants to facilitate his return to the United States.

Respondents have now filed a Response, ECF No. 10, in which they concede that

Plaintiff was wrongfully removed to Venezuela.  *Id.* at 1.  And appear to be unopposed to

Plaintiff's request for an order to facilitate his return to the United States.  *See id.*  Indeed,

Respondents state they are "currently working diligently to initiate the process to return Plaintiff

to the United States."  *Id.*

Considering that Respondents concede that Plaintiff was wrongfully removed nearly five

months ago and have been on notice of his wrongful removal and request for return since at least

February 2026, the Court intends to order Respondents to facilitate Plaintiff's return to the

United States at the earliest reasonable opportunity.  *See Noem v. Abrego Garcia*, 145 S. Ct.

1017, 1018 (2025).  "[T]he Government should be prepared to share what it can concerning the

steps it has taken and the prospect of further steps." *Id.*  To that end, the Court **ORDERS** that Respondents shall **FILE** an advisory, **by no later than June 25, 2026**, answering, in specific detail, the following:

(1) What concrete steps have Defendants taken to facilitate Plaintiff's return to the United States?

(2) What additional steps are required to facilitate Plaintiff's return?

(3) What is the anticipated timeline for taking each additional step?

(4) Can any of the required steps to facilitate Plaintiff's return be expedited?

(5) Are there any anticipated obstacles to completing any of the required steps?

(6) What is the anticipated timeline for returning Plaintiff to the United States?

(7) Where in the United States will Plaintiff be returned to?

**IT IS FURTHER ORDERED** that Plaintiff may **FILE** a reply to Defendants' Response **by no later than June 25, 2026**.

**SO ORDERED.**

SIGNED this 18th day of June, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2