**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EDUARDO YDLIBI TELLISSEH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-911-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered the parties Joint Stipulation of Voluntary Dismissal, ECF No. 15.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Motion for a Preliminary Injunction, ECF No. 9, is **DENIED as moot**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 14th day of July, 2026.**


KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE